# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LITE MACHINES CORPORATION, PAUL ARLTON, AND DAVID ARLTON,**

        **Plaintiffs,**

    **v.**

**UNITED STATES,**

        **Defendant.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. 18-1411C
Filed: March 18, 2025

## O R D E R

    Lite Machines Corporation's original Complaint, First Amended Complaint, and Second Amended Complaint in the above captioned case, No. 18-1411C, named Lite Machines Corporation as the sole plaintiff in this court. Plaintiff Lite Machines Corporation's Unclassified Addendum to the Second Amended Complaint and Third Amended Complaint named Lite Machines Corporation, as well as Paul Arlton and David Arlton, as plaintiffs. Because Lite Machines Corporation did not file a motion to join Paul Arlton and David Arlton as plaintiffs, this court ordered the parties to brief the issue of joinder, and the court has considered the parties' arguments.

    Despite the confusion generated by plaintiff Lite Machines Corporation adding Paul Alrton and David Arlton without making a motion, after consideration of both parties' arguments and in order to allow the court to address any potential issues in the case, Paul Arlton and David Arlton are joined as plaintiffs, just in Case No. 18-1411C, as pled in the Third Amended Complaint. This court, in joining Paul Arlton and David Arlton as plaintiffs in the above captioned case, does not amend the security controls in place to protect any classified information from unauthorized disclosure, which will be enforced by the court.

    **IT IS SO ORDERED**.

                                                     s/Marian Blank Horn
                                                     **MARIAN BLANK HORN**
                                                          **Judge**